### Kevin DUTY, a/k/a Keith Duty, Plaintiff–Appellant,

v.

### B.B. GENTRY, Lieutenant of the Jail; Sergeant Price, Sergeant of the Jail; Ms. Garrit, Nurse of the Jail, Defendants–Appellees.

### No. 00–7800.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 16, 2001.

Kevin Duty, pro se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Kevin Duty appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint without prejudice for failure to pay the filing fee or return the consent to payment forms required under the Prison Litigation Reform Act. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Duty v. Gentry*, No. CA–00–643–2 (E.D.Va. Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*